UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**SASHA GULLEY,**

        Plaintiff,

  -vs-

                                                    Case No. 12-C-634

**MILWAUKEE PUBLIC SCHOOLS, a/k/a
MILWAUKEE BOARD OF SCHOOL
DIRECTORS,**

        Defendant.

---

## DECISION AND ORDER

---

The plaintiff, Sasha Gulley, moves for leave to amend her complaint because her attorneys recently discovered that Ms. Gulley, who commenced this matter on her own behalf, had filed a second charge of disability discrimination. Gulley's motion [ECF No. 27] is **GRANTED**. The defendant's answer to the amended complaint is due within fourteen (14) days of the date of this Order. Fed. R. Civ. P. 15(a)(3).

Dated at Milwaukee, Wisconsin, this 28th day of May, 2013.

                                                    **BY THE COURT:**

                                                    _/s/ Rudolph T. Randa_
                                                    **HON. RUDOLPH T. RANDA**
                                                    **U.S. District Judge**