# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SASHA GULLEY,

        Plaintiff,

    -vs-

                                  Case No. 12-C-634

MILWAUKEE PUBLIC SCHOOLS, a/k/a
MILWAUKEE BOARD OF SCHOOL
DIRECTORS,

        Defendant.

## DECISION AND ORDER

The plaintiff, Sasha Gulley, moves for leave to amend her complaint because her attorneys recently discovered that Ms. Gulley, who commenced this matter on her own behalf, had filed a second charge of disability discrimination. Gulley's motion [ECF No. 27] is **GRANTED**. The defendant's answer to the amended complaint is due within fourteen (14) days of the date of this Order. Fed. R. Civ. P. 15(a)(3).

Dated at Milwaukee, Wisconsin, this 28th day of May, 2013.

                                   BY THE COURT:

                                   _____
                                   HON. RUDOLPH T. RANDA
                                   U.S. District Judge